IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nationsrent, Inc., et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case. No. 01-11628 through 01-11639<br><br>(Jointly Administered) |
| Nationsrent Unsecured Creditors' Liquidating Trust, Perry Mandarino, Not Personally, But as Trustee,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Harbor Graphics Corporation,<br><br>　　　　　Defendant. | Civil Action No. 04-cv-01007 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 2, 2005, Harbor Graphics Corporation ("Defendant") caused a true and correct copy of *Defendant's Initial Disclosures Under Rule 7026(a)* to be served on the following party listed below via facsimile and United States First Class Mail, postage pre-paid:

Susan Ericksen, Esquire
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068-1791
Fax: 973-597-6141

SL1 585178v1/014654.00002

Dated: November 10, 2005

**STEVENS & LEE, P.C.**

*/s/ Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr. (ID 4034)
1105 North Market Street, 7th Floor
Wilmington, DE  19801
Telephone:  (302) 425-3304
Facsimile:  (610) 371-8512
Email:  tgw@stevenslee.com

**WINTHROP & WEINSTINE, P.A.**

Christopher A. Camardello, Esquire
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN  55402-4629
Telephone:  (612) 604-6649
Facsimile:  (612) 604-6949
E-Mail:  ccamardello@winthrop.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I caused a true and correct copy of the foregoing *Notice of Service* to be served on the following party listed below via facsimile and United States First Class Mail, postage pre-paid:

Susan Ericksen, Esquire
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068-1791
Fax: 973-597-6141

                                                                                      */s/ Thomas G. Whalen, Jr.*
                                                                                      Thomas G. Whalen, Jr.