## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 8th day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Thomas G. Whalen, Jr., Esquire
*Stevens & Lee, P.C.*
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Daniel C. Beck, Esquire
Christopher A. Camardello, Esquire
*Winthrop & Weinstine, P.A.*
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

_____
Mary E. Augustine (No. 4477)